## NOT DESIGNATED FOR PUBLICATION

Mark Gerard Artall
Attorney at Law
109 S. College Road
Lafayette LA 70503


**REHEARING ACTION: April 10, 2013**


**Docket Number: 12   01036-CA consolidated with 1,035-CA**

**RALPH COLEMAN, ET AL.**
**VERSUS**
**JERRY GROSHANS, ET AL.**

**Appealed from Lafayette Parish Case No. C-20046153 C/W C-20046151**


<u>**BEFORE JUDGES**</u>**:**

  **Hon. Elizabeth A. Pickett**
  **Hon. James T. Genovese**
  **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ralph Coleman and DeJuana Hightower, on behalf of their**

**incapacitated major daughter, Heather Coleman** has this day been

  **DENIED.**


cc: Donald Russell Smith, Counsel for the Appellee
    Michael Patrick Corry, Counsel for the Appellee
    William Compton Helm, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**